1  E. JEFFREY GRUBE (SB# 167324)
   JENNIFER A. BLACKSTONE (SB# 226951)
2  AMY C. HIRSH (SB# 246533)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street
   Twenty-Fourth Floor
4  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
5  Facsimile:  (415) 856-7100
   jeffgrube@paulhastings.com
6  jenniferblackstone@paulhastings.com
   amyhirsh@paulhastings.com
7
   Attorneys for Defendant
8  UNITED PARCEL SERVICE, INC.

9  ROBERT P. HENK (SB# 147490)
   SHERI L. LEONARD (SB#173544)
10 LAW OFFICES OF HENKLEONARD
   2260 Douglas Blvd., Suite 200
11 Roseville, CA 95661
   Telephone:  (916) 787-4544
12 Facsimile:  (916) 787-4530
   henkleonard@aol.com
13
   Attorneys for Plaintiff
14 JOSHUA STEWARD

15
                           UNITED STATES DISTRICT COURT
16
                          EASTERN DISTRICT OF CALIFORNIA
17
                                 SACRAMENTO DIVISION
18

19
   JOSHUA STEWARD,                          CASE NO. 08-CV-0172 MCE DAD
20
              Plaintiff,
21
                                            **STIPULATION FOR EXTENSION OF**
22    vs.                                   **TIME TO COMPLETE DISCOVERY**

23
   UNITED PARCEL SERVICE, INC. and
24 DOES 1 through 5, inclusive,

25            Defendants.

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS:

2  1.    The original Pretrial Scheduling Order entered by the Court on May 1, 2008, set a
3  discovery deadline of Friday, September 12, 2008.

4  2.    There has been substantial discovery to date, which includes the deposition of
5  Plaintiff, Defendant's Request for Production of Documents, Request for Admissions and Special
6  Interrogatories, and Plaintiff's Request for Production of Documents and Special Interrogatories.

7  3.    Plaintiff has noticed, after conferring with Defendant on dates, the depositions of
8  Dave Brumley, Brandon Carter, Tom Grammer, Margie Hernandez and Shannon Sherwood to
9  take place on September 11 and 12.  The depositions were originally set prior to September 11
10 and September 12, but were canceled due to conflicts with various schedules.

11 4.    The reason that these depositions cannot be completed by September 12 is that
12 Plaintiff's counsel is currently in a trial that has extended into the week of September 12.  In
13 addition, Plaintiff's counsel is commencing another trial on September 30, 2008, which it has
14 been confirmed that it will for certain go forward on said date.

15 5.    This is the first request for an extension of time within which to complete
16 discovery.

17 6.    The parties desire an extension of time up to and including October 31, 2008,
18 within which to complete discovery for the following purposes only:

19    (a)   Rescheduling of the depositions of those individuals listed above in
20 paragraph 3, as already noticed by Plaintiff,

21    (b)   Allowing Plaintiff to provide amended responses to Defendant's Special
22 Interrogatories, numbers 14 and 16, if agreed upon following the parties' meet and confer efforts,

23    (c)   Allowing Defendant to take all steps necessary to move to compel such
24 responses or further responses to Defendant's Special Interrogatories, numbers 14 and 16;

25    (d)   Allowing Defendant to take all steps necessary to enforce a subpoena
26 served on Plaintiff's former employer on August 18, 2008, and to which Plaintiff's former
27 employer has failed to comply within the prescribed time period.

28

PDF created with pdfFactory trial version www.pdffactory.com

(e) Allowing Plaintiff to take all steps to enforce depositions of those individuals identified in paragraph 3 and/or questions asked therein.

WHEREAS, the parties hereby stipulate and respectfully request that the Court order the following:

The effective dates in the Court's prior Pretrial Scheduling Order are amended and superseded as follows:

(a) The discovery cut off is extended from September 12, 2008, to October 31, 2008, for the limited purposes set forth herein.

(b) The deadline to hear dispositive motions is extended from January 12, 2009, to February 23, 2009.

DATED:  September 10, 2008   E. JEFFREY GRUBE
                             JENNIFER A. BLACKSTONE
                             AMY C. HIRSH
                             PAUL, HASTINGS, JANOFSKY & WALKER LLP


                             By: /s/ Jennifer A. Blackstone
                                     JENNIFER A. BLACKSTONE

                             Attorneys for Defendant
                             UNITED PARCEL SERVICE, INC.

DATED:  September 10, 2008   ROBERT P. HENK
                             SHERI L. LEONARD
                             HENKLEONARD


                             By: /s/ Sheri L. Leonard
                                     SHERI L. LEONARD

                             Attorneys for Plaintiff
                             JOSHUA STEWARD

-3-

PDF created with pdfFactory trial version www.pdffactory.com

1 **IT IS SO ORDERED.**

2 Discovery shall be completed by: 10/31/2008

3 Expert witnesses shall be disclosed by: 12/31/2008

4 Dispositive motions shall be heard by: 2/20/2009

5 Final Pretrial Conference is reset for: 6/26/2009 at 9:00AM

6 Final Pretrial Conference statement due: 6/5/2009

7 Jury Trial is reset for: 8/17/2009 at 9:00AM

8

9 DATED: September 16, 2008

10

11 _____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com