| | |
|---|---|
| 1 | E. JEFFREY GRUBE (SB# 167324) |
|  | JENNIFER A. BLACKSTONE (SB# 226951) |
| 2 | AMY C. HIRSH (SB# 246533) |
|  | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 3 | 55 Second Street |
|  | Twenty-Fourth Floor |
| 4 | San Francisco, CA  94105-3441 |
|  | Telephone:  (415) 856-7000 |
| 5 | Facsimile:  (415) 856-7100 |
|  | jeffgrube@paulhastings.com |
| 6 | jenniferblackstone@paulhastings.com |
|  | amyhirsh@paulhastings.com |
| 7 |  |
|  | Attorneys for Defendant |
| 8 | UNITED PARCEL SERVICE, INC. |

ROBERT P. HENK (SB# 147490)
SHERI L. LEONARD (SB#173544)
LAW OFFICES OF HENK LEONARD
2260 Douglas Blvd., Suite 200
Roseville, CA 95661
Telephone:  (916) 787-4544
Facsimile:  (916) 787-4530
henkleonard@aol.com

Attorneys for Plaintiff
JOSHUA STEWARD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOSHUA STEWARD, | CASE NO. 08-CV-0172 MCE DAD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL** |
| UNITED PARCEL SERVICE, INC. and DOES 1 through 5, inclusive, | |
| Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED by and between the parties hereto, though their respective counsel, that Plaintiff JOSHUA STEWARD shall dismiss, and hereby does dismiss, all claims against defendant UNITED PARCEL SERVICE, INC. and this entire action, with prejudice, pursuant to Federal Rules of Civil Procedure 41(a) with each side to bear its own costs and attorneys' fees.

DATED: October ____, 2008

E. JEFFREY GRUBE
JENNIFER A. BLACKSTONE
AMY C. HIRSH
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
E. JEFFREY GRUBE
Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

DATED: October ____, 2008

ROBERT P. HENK
SHERI L. LEONARD
HENK LEONARD

By: _____
ROBERT P. HENK
Attorneys for Plaintiff
JOSHUA STEWARD

**ORDER**

WHEREAS, the parties having stipulated, pursuant to Federal Rules of Civil Procedure 41(a), IT IS ORDERED that all claims against defendant UNITED PARCEL SERVICE, INC. and this action, are dismissed with prejudice with each side to bear its own costs and attorneys' fees.

DATED: October 27, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com